No. 2611. FLORES, APELADO, *v.* REYES, APELANTE.—Corte de Distrito de San Juan, Sección Segunda. Daños y perjuicios. Resuelto en diciembre 13, 1921. Moción del apelado para desestimar la apelación. Habiendo vencido el término y la prórroga concedida para radicar la exposición del caso, no habiendo presentado la transcripción de los autos, se declara con lugar la moción y se desestima la apelación.

No. 2613. MARENGO, APELADO, *v.* YAMBÓ, APELANTE. — Corte de Distrito de Ponce. Reivindicación. Resuelto en diciembre 13, 1921. Moción del apelado para desestimar la apelación, acompañada de certificación. Apareciendo haberse vencido la prórroga concedida para preparar la exposición del caso, sin formalizarse la apelación, se declara con lugar y se desestima la apelación. .

No. 2623. LANDRÓN, APELADA, *v.* NEVAREZ, APELANTE.—Corte de Distrito de San Juan, Sección Primera. Divorcio. Moción del apelante acompañada de certificación expresando el deseo de no continuar la apelación. Resuelto en diciembre 15, 1921. *Desistido.*

No. 1816. EL PUEBLO, APELADO, *v.* FIGUEROA, APELANTE.—Corte de Distrito de Ponce. Acometimiento y agresión con agravantes. Resuelto en diciembre 15, 1921. No existe pliego de excepciones ni exposición de hechos y no apareciendo de los autos error fundamental alguno, se confirma la sentencia apelada.

No. 2571. LOÍZA SUGAR COMPANY, APELANTE, *v.* BAQUERO Y COMPAÑÍA, APELADA.—Corte de Distrito de San Juan, Primer Distrito. Cumplimiento de contrato. (Memorándum de costas.) Moción de desistimiento de apelación de la parte apelante. Resuelto en diciembre 19, 1921. *Desistido.*